```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 OCT 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

TIMOTHY C. ZIOMBER and LYNN ZIOMBER,   Index No. 100013/10  10 CV 978 (PAC)

                Plaintiff,

-against-

OMER CENKER ILICALI, FUAT GUDER and
DOLLAR RENT A CAR,

**STIPULATION OF
DISCONTINUANCE WITHOUT
PREJUDICE AS TO
DOLLAR RENT A CAR ONLY**

                Defendant.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same is hereby discontinued without prejudice as against the Defendant, RENTAL CAR FINANCE CORP. i/s/h/a DOLLAR RENT A CAR, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 6, 2010

_____
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Defendants
OMER CENKER ILICALI, FUAT GUDER
and RENTAL CAR FINANCE CORP.
i/s/h/a DOLLAR CAR RENTAL
292 Madison Avenue
New York, New York 10017
(212) 953-2381
Our File No. 417-14611

_____
SACCO & FILLAS, LLP
Attorneys for Plaintiffs
141-07 20th Avenue
Suite 506
Whitestone, New York 11357
(718) 746-3440

SO ORDERED: 26 OCT 2010

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE