03/23/2011 16:05 FAX 2128850315
03/23/2011 11:09  7187464117   Case 1:10-cv-00978-PAC  Document 10  RFF FAX  Filed 03/23/11  Page 1 of 1   ☒002/002  PAGE 02/02

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 24 MAR 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 10-CV-978

TIMOTHY Z. ZIOMBER and LYNN ZIOMBER,
             Plaintiffs,

STIPULATION
DISCONTINUING
ACTION

-against-

OMER CENKER ILICALI, FUAT GUDER and DOLALR RENT A CAR,
             Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties that this action be, and the same is hereby discontinued with prejudice, without further costs or disbursements to any of the parties as against any other, and it is also represented that no signing party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action. The Clerk of Court shall close this case.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Whitestone, New York
       March 23, 2011

SACCO & FILLAS, LLP
By: TONINO SACCO
Attorneys for Plaintiffs
141-07 20th Avenue
Suite 506
Whitestone, New York 11357

RUBIN, FIORELLA & FRIEDMAN, LLP
By: Grant M. Meiseis
Attorneys for Defendants
292 Madison Avenue
New York, New York 10017

SO ORDERED:   **24 MAR 2011**

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE